UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAULA M. RANALLO | : | |
| | : | |
| v. | : | C.A. No. 08-002S |
| | : | |
| MICHAEL J. ASTRUE, Commissioner | : | |
| of Social Security | : | |

**ORDER**

Before the Court for determination is Plaintiff's Motion to Proceed In Forma Pauperis (Document No. 2) without paying the $350.00 civil case filing fee. See 28 U.S.C. § 1915. Plaintiff's Motion is supported by a detailed affidavit outlining the household's monthly income and expenses. For the following reasons, Plaintiff's Motion is GRANTED in part and she is only partially excused from paying the civil case filing fee of $350.00 required by 28 U.S.C. § 1914.

The financial information provided by Plaintiff indicates that both she and her husband are currently unemployed. Her husband receives SSDI benefits and private disability insurance benefits totaling $2,400.00 per month. Plaintiff attested to monthly household expenses of approximately $2,400.00. However, she indicated that she has $4,000.00 in a checking account, owns a 2002 car valued at $6,000.00 and owns a home with her husband valued at $215,000.00. Tax assessor records indicate that Plaintiff and her husband paid $119,000.00 for their house in 2000 and their current monthly mortgage is $933.75.

While Plaintiff attests to a monthly break-even as to household income and expenses, she reports $4,000.00 in cash on hand as well as other assets. Accordingly, this Court cannot conclude that Plaintiff is completely unable, due to poverty, to pay some of the civil case filing and still provide for her household expenses. Thus, Plaintiff's Application is GRANTED in part. Plaintiff

shall pay a partial filing fee of $175.00 (one-half of the normal $350.00) by February 29, 2008. Plaintiff is advised that failure to pay this partial filing fee as ordered will result in dismissal of her case.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
January 4, 2008