UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Paula Ranallo
Plaintiff

v. C.A. No. 08-02S

Michael J. Astrue, Commissioner
of the Social Security Administration
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 27, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion to Dismiss is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 6/11/08